FILED
2011 MAY -2 AM 9: 36
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LITTLE LIFE IMAGING, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Cause No. A-10-CA-159-LY |
| UNITED IMAGING PARTNERS, INC., | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Agreed Motion for One (1) Week Extension of Time to File Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment, filed on April 29, 2011. The Court hereby ORDERS that Plaintiff's Agreed Motion is GRANTED. Plaintiff shall file its Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment by no later than Thursday, May 12, 2011.

SIGNED this 2nd day of May 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record